IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

**AUDREY TAPP**

        **PLAINTIFF**

v.

**Civil Action No. 4:16CV-00158-JHM**
CHIEF JUDGE JOSEPH H. MCKINLEY, JR.

**HENDERSON NURSING AND REHABILITATION CENTER**

        **DEFENDANT**

## ORDER

The Court having been advised by counsel for the Defendant, Henderson Nursing and Rehabilitation Center, that this action cannot proceed to disposition because of the following reason:

> Defendant, Henderson Nursing and Rehabilitation Center, is the subject of a case styled In Re Preferred Care, Inc., et al. and/or In Re Preferred Care Partners Management Group, L.P., who filed for relief under Chapter 11 of Title 11, United States Code, with the United States Bankruptcy Court, for the Northern District of Texas, Fort Worth Division.   Bankruptcy Court Case Numbers 17-44642 and 17-34296.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court mark this action closed for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction, and that the case shall be restored to the active docket upon motion of a party if circumstances change, so that it may proceed to final disposition.   This order shall not prejudice the rights of the parties to this litigation.

Copies to:   Counsel of record
              Kelly Lovell